## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

**In re:**

**DAVID MICHAEL SLAWSON**                    **BANKRUPTCY CASE**
                                             **NO.: 8:18-bk-00324-CPM**
**Debtors.**                                 **CHAPTER 7**

_____/

**DAVID MICHAEL SLAWSON**

**Plaintiff,**

                                             **ADVERSARY PROCEEDING**
**v.**                                       **NO.: 8:18-ap-00438-CPM**

**AFFIRM, Inc.**
**A Delaware corporation.**

**Defendant.**
_____/

### <u>NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE</u>

COMES NOW, the Debtor/Plaintiff, by and through his undersigned attorney, hereby gives notice of the voluntary dismissal of this action, with prejudice, against the Defendant.

                                             __/s/ Alan D. Borden__
                                             Alan D. Borden, Esq.
                                             Debt Relief Legal Group, LLC
                                             901 W. Hillsborough Avenue
                                             Tampa, FL 33603
                                             813-231-2088
                                             813-354-2627 fax
                                             aborden@1800debtrelief.com

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished by regular U.S. Mail to **U.S. Trustee,** Timberlake Annex, Suite 1200, 501 E Polk Street, Tampa, FL 33602; **Christopher E. Prince, Esq., Lesnick Prince & Pappas LLP, Attorneys for Defendant,** 315 W. Ninth Street, Suite 705, Los Angeles, CA 90015; and **David Michael Slawson,** 1200 N. Shore Drive N.E., #210, St. Petersburg, FL 33701, on this **3rd** day of **January, 2019.**

   /s/ Alan D. Borden
Alan D. Borden, Esq.
Debt Relief Legal Group, Inc.
901 West Hillsborough Ave
Tampa, Fl 33603
813-231-2088
813-354-2627 fax
aborden@1800debtrelief.com